ALLAN S. RENWICK,

        Petitioner,

v.                                                        CIVIL CASE NO. 03-CV-72377-DT

KURT JONES,                                    HONORABLE DENISE PAGE HOOD
                                                  UNITED STATES DISTRICT JUDGE

        Respondent,
_____/

## JUDGMENT

This matter having come before the Court on a Petition for the Writ of Habeas Corpus, United States District Judge **DENISE PAGE HOOD** presiding, and pursuant to the Opinion and Order entered on  May 27, 2005 .

IT IS ORDERED that the Petition for a Writ of Habeas Corpus is **DENIED**.

Dated at Detroit, Michigan on     May 27, 2005

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

                                   By: s/ Wm. F. LEWIS
                                        DEPUTY CLERK

APPROVED:

s/ DENISE PAGE HOOD
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

FILED
MAY 27 2005
CLERK'S OFFICE
DETROIT